# Order

Michigan Supreme Court
Lansing, Michigan

January 11, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142695(51)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALEXANDER EDWARD KOLANEK,
     Defendant-Appellant.

_____

SC: 142695
COA: 295125
Oakland CC: 2009-009016-AR

      On order of the Chief Justice, the motion by the Prosecuting Attorneys Association for extension of the time for filing its brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2012

_____
Clerk